IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GREG VAUGHN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-17-269-C |
| | ) | |
| JEFF WOODY, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Shon T. Erwin, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Erwin entered a Report and Recommendation on July 17, 2018, recommending Respondent's Motion to Dismiss be granted, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

The facts and law are accurately set out in Judge Erwin's Report and Recommendation and there is no purpose to be served in repeating them yet again. In his objection, Petitioner merely restates the conclusions and legal arguments originally asserted, and raises no issue not fully and accurately addressed and rejected by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, Respondent's Motion to Dismiss (Dkt. No. 37) is GRANTED. Petitioner's request for an evidentiary hearing is

DENIED. The request for habeas corpus is DENIED. A judgment will enter accordingly.

IT IS SO ORDERED this 11th day of September, 2018.

ROBIN J. CAUTHRON
United States District Judge